**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 13, 2021
```

| | |
|---|---|
| Jullie M. Mendez, | |
| **Plaintiff,** | 1:20-CV-9754-ALC |
| v. | **ORDER OF DISCONTINUANCE** |
| David Rhoney, et al., | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

**Dated**: Dec. 13, 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**